PROB 12A
(6/16)

# United States District Court

for the

Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 06, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Justin Curtis Werle | Case Number: 0980 2:14CR00041-WFN-1 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. Judge

| | |
|---|---|
| Date of Original Sentence: September 5, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Count 1: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Count 2: Possession of an Unregistered Firearm, 18 U.S.C. 5861 (d) | Date Supervision Commenced: August 25, 2023 |
| Original Sentence: Prison - Ct 1: 180 months<br>Ct 2: 10 years<br>TSR - 10 years | Date Supervision Expires: August 24, 2026 |
| Resentenced: Prison - Ct. 1: 120 months<br>(08/09/2016)    Ct 2: 20 months<br>TSR - 3 years | |
| Resentenced: Prison - 120 months<br>(01/26/2023)  TSR - 3 years | |

---

## NONCOMPLIANCE SUMMARY

On August 28, 2023, Mr. Werle's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by failing to report to Pioneer Human Services (PHS) for urinalysis testing on October 13 and 16, 2023.

The probation officer received email correspondence from PHS indicating Mr. Werle failed to report to their facility for urinalysis testing on October 13 and 16, 2023.

Prob12A
**Re: Werle, Justin Curtis**
**November 3, 2023**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting a controlled substance, methamphetamine and amphetamine, on or about October 17, 2023.

On October 17, 2023, Mr. Werle submitted a urine specimen that returned presumptive positive for methamphetamine and amphetamine. The sample was thereafter sent to the national laboratory and was confirmed positive for said substances.

**U.S. Probation Officer Action**:

In response to his relapse, Mr. Werle was instructed to obtain an updated substance abuse assessment. He is currently engaged in outpatient treatment at Partners with Families and Children, and he is enrolled in the random urinalysis testing program. This officer also discussed the potential consequences of continued drug use and Mr. Werle appears motivated to address his relapse in treatment.

Given the above information, the probation officer respectfully recommends that the Court take no action at this time. Please advise the undersigned if Your Honor requires a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: November 3, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

  11/6/2023  
Date