UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Werle, Justin Curtis | Docket No. | 0980 2:14CR00041-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Lori Cross, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Justin Curtis Werle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate James A. Goeke, sitting in the Court at Spokane, Washington, on the 14th day of December 2023, under the following conditions:

**Condition #1:** You must participate in an inpatient substance abuse treatment program. You must follow the rules and regulations of the treatment program. Your probation officer will supervise your participation in the program (provider, modality, intensity, etc.). You must pay the costs of the program if financially able.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The offender is alleged to have violated condition number 1, by being terminated from American Behavioral Health Systems (ABHS) inpatient treatment program on January 12, 2024.

On January 12, 2024, the probation officer was notified that Mr. Werle was being terminated from inpatient treatment at ABHS effective that same date. According to staff, on January 11, 2024, Mr. Werle was given a pass to go to the hospital. Prior to the pass being issued, Mr. Werle was informed that he was not allowed to make telephone calls or plan any meet-ups. While he was at the hospital, his wife came to see him and handed him a check. When questioned by staff, Mr. Werle denied that his wife gave him anything and he admitted that he used a telephone to call her when he arrived at the hospital. After the incident, he continued to argue with staff about the incident. Mr. Werle was discharged from the inpatient treatment program based on his failure to follow the rules of the program. Additionally, ABHS staff was concerned that his wife may have given him something that could jeopardize the safety of the facility. Based on his termination from the program, ABHS staff will be transporting him back to Spokane County Jail.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: January 12, 2024 |
| by | s/Lori Cross |
|  | Lori Cross<br>U.S. Pretrial Services Officer |

PS-8
Re: Werle, Justin Curtis
January 12, 2024
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/18/24
_____
Date