PROB 12C
(6/16)

Report Date: January 26, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Justin Curtis Werle | Case Number: 0980 2:14CR00041-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1); Possession of an Unregistered Firearm, 18 U.S.C. § 5861(d) | |
| Original Sentence: | Prison - 180 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Resentenced:<br>(August 9, 2016) | Prison - 140 months<br>TSR - 36 months | |
| Resentenced:<br>(January 26, 2023) | Prison - 120 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: August 25, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: August 24, 2026 |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/13/2023.

On August 28, 2023, the conditions of supervision were reviewed with the offender and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #8**: You must not communicate or interact with someone you know if engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission from the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 8, by communicating with a convicted felon without first obtaining permission from the probation officer on October 3, November 9, and December 11, 2023. |

Prob12C
Re: Werle, Justin Curtis
January 26, 2024
Page 2

On January 23, 2024, this officer was contacted by a special investigative services technician employed by the Bureau of Prisons. He advised that Mr. Werle communicated with James Judlin, an inmate at USP Coleman, on October 3, November 9 and December 11, 2023. Mr. Judlin is a convicted felon and he is currently serving a 60-month sentence for felon in possession of a firearm. Mr. Werle never received permission from the probation officer to have contact with Mr. Judlin.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 26, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/26/2024
Date