PROB 12C
(6/16)

Report Date: October 19, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 19, 2026
SEAN F. MCAVOY, CLERK

ECF No. 241

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Curtis Werle    Case Number: 0980 2:14CR00041-RLP-1

Address of Offender: [redacted], Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 5, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 180 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 28, 2024) | Prison - 8 months<br>TSR - 28 months | |
| Revocation Sentence:<br>(May 19, 2025) | Prison - 14 months<br>TSR - 6 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 26, 2026 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: November 25, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 11, 2026.

On May 29, 2026, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by consuming alcohol on or about October 8, 2026. |

On October 8, 2026, Mr. Werle submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for alcohol. He refused to sign an admission/denial form. When questioned by the probation officer, he denied consuming alcohol.

On October 19, 2026, this officer received verification that the aforementioned urine specimen was confirmed positive for alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 19, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ x] The Issuance of a Summons
[ x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 19, 2026

Date